

Jason C. Rodgers
(817) 334-7213 (Direct Dial)
(817) 870-5113 (Direct Fax)
jrodgers@jw.com

May 20, 2019

By ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Centre Street, Room 2204
New York, New York  10007

    Re:    <u>Securities and Exchange Commission v. Montroll</u>
            18 Civ. 1582 (PGG)

Dear Judge Gardephe:

    This firm, together with McKool Smith, represents Defendants Jon E. Montroll and Bitfunder.

    We respectfully submit this letter pursuant to the Court's April 18, 2018, Order directing Defendants to submit a status letter every thirty days.

    The parties have agreed on proposed settlement terms subject to the submission by Mr. Montroll of financial statements and approval of the settlement by the Commission.  Mr. Montroll has submitted the statements.  The Commission's staff's review of the submission is ongoing.  If the staff deems the submission satisfactory for the their purposes, they will submit the proposed settlement to the Commission for approval. The Commission's staff is awaiting conclusion of the criminal proceeding against Mr. Montroll before finalizing its recommendation to the Commission.

    Defendants will submit a further status report on or about June 19.

    If the parties do not believe, at that time, that the case will be resolved by agreement, then they will so indicate and the Court will be able to schedule the pre-trial conference it previously adjourned *sine die*, and associated deadlines.

                                        Respectfully submitted,

                                                            /s/

                                                    Jason Rodgers

cc:    All counsel (by ECF)

May 20, 2019
Page 2

_____

SO ORDERED:

_____
The Honorable Paul G. Gardephe
United States District Judge

Dated:  May _____, 2019