

Jason C. Rodgers  
(817) 334-7213 (Direct Dial)  
(817) 870-5113 (Direct Fax)  
jrodgers@jw.com

November 26, 2019

By ECF  
The Honorable Paul G. Gardephe  
United States District Judge  
Southern District of New York  
40 Centre Street, Room 2204  
New York, New York  10007

    Re:    <u>Securities and Exchange Commission v. Montroll</u>  
            18 Civ. 1582 (PGG)

Dear Judge Gardephe:

    This firm, together with McKool Smith, represents Defendants Jon E. Montroll and Bitfunder.

    We respectfully submit this letter pursuant to the Court's April 18, 2018, Order directing Defendants to submit a status letter every thirty days.

    The parties have agreed on proposed settlement terms, and the Commission's staff intends to submit the proposed settlement to the Commission for approval. Given that the approval process could take several months to conclude, Defendants propose submitting the next status report on or about January 27, 2020, or when the Commission makes its decision, whichever occurs sooner.

                                         Respectfully submitted,

                                                  /s/

                                         Jason Rodgers

cc:    All counsel (by ECF)

November 26, 2019
Page 2

_____

SO ORDERED:


_____
The Honorable Paul G. Gardephe
United States District Judge

Dated: November _____, 2019