

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

DUGAN BLISS
TELEPHONE: (212) 336-0971
EMAIL: blissd@sec.gov

January 27, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

    Re:    *Securities and Exchange Commission v. Montroll,* 18-cv-1582-PGG

Dear Judge Gardephe:

Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this status report in the above-referenced matter. The Court has ordered the parties to submit a status report by January 27, 2020 as to their proposed settlement [Docket No. 52].

As Mr. Montroll advised the Court previously, the parties have reached a settlement in principle, subject to: (1) authorization of the settlement in principle by the Commission; and (2) the Court's approval of that settlement. The process of obtaining settlement authorization is underway, and Commission counsel anticipates that it will be in a position to move for the Court's approval of the settlement, assuming the Commission authorizes the settlement, within eight weeks, by March 23, 2020.

                                                Respectfully submitted,

                                                /s/ Dugan Bliss

                                                Dugan Bliss