

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

DUGAN BLISS
TELEPHONE: (212) 336-0971
EMAIL: blissd@sec.gov

April 24, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

      Re:    *Securities and Exchange Commission v. Montroll,* 18-cv-1582-PGG

Dear Judge Gardephe:

Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Jon E. Montroll respectfully submit this status report in the above-referenced matter.

As the Commission advised the Court previously, the parties have reached a settlement in principle, subject to: (1) the Commission authorizing the staff to submit the proposed settlement to the Court; and (2) the Court reviewing and approving the proposed settlement. As stated in the prior status report, Commission counsel anticipated that the Commission would be in a position to move for the Court's approval of the settlement by March 23, 2020. However, Commission consideration of the settlement in principle is taking longer than anticipated. A decision is now expected in the next 30 days. As a result, the undersigned proposes updating the Court about the Commission's consideration of the settlement in principal – or moving for the Court's approval of that settlement – by May 26, 2020.

                                            Respectfully submitted,

                                            /s/ Dugan Bliss

                                            Dugan Bliss

cc: Jason Rodgers, counsel for Mr. Montroll (via ECF)