

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

DUGAN BLISS
TELEPHONE: (212) 336-0971
EMAIL: blissd@sec.gov

May 11, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

    Re:   *Securities and Exchange Commission v. Montroll,* 18-cv-1582-PGG

Dear Judge Gardephe:

    Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Jon E. Montroll respectfully submit this joint letter to seek the Court's approval of their proposed settlement. Filed herewith for the Court's consideration is a proposed judgment with respect to Defendant Montroll (the "Judgment") and Montroll's executed consent to the Judgment. The Commission also seeks an order dismissing the Commission's claims against Defendant BitFunder.

    The proposed consent Judgment is fair and reasonable and in the public interest, under *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). Among other things, the Judgment: (1) enjoins Montroll from violating Sections 5 and 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. §§ 78e &78j(b)] and Rule 10b-5 [17 C.F.R. § 240.10b-5], promulgated thereunder; and Sections 5(a), 5(c), and 17(a) of the Securities Act of 1933 [15 U.S.C. §§ 77e(a), e(c) & 77q(a)]; and (2) orders that Montroll is liable for disgorgement in the amount of $155,572.53 and that said disgorgement shall be deemed satisfied by the order of restitution entered in *United States v. Jon E. Montroll*, Crim. No. 18-cr-520 (S.D.N.Y.). The Court should therefore approve the consent Judgment.

    The Commission also respectfully requests that the Court dismiss the Commission's claims against Defendant BitFunder under Federal Rule of Civil Procedure 41(a)(2). The entity is now defunct, has no assets, and therefore is unlikely to be used by Montroll to engage in future violations.

    If the Judgment is acceptable to the Court, we respectfully ask that the Court docket the executed copy of it with the consent attached.

                                                      Respectfully submitted,

                                                      /s/ Dugan Bliss

                                                      Dugan Bliss

cc: Jason Rodgers, counsel for Mr. Montroll (via ECF)