

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

November 19, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

      Re:    *Securities and Exchange Commission v. Montroll,* 18-cv-1582-PGG

Dear Judge Gardephe:

      Plaintiff Securities and Exchange Commission (the "Commission") respectfully requests that the Court enter the proposed Judgment in the parties' proposed settlement, which was previously submitted to the Court by joint letter dated May 11, 2020. [Docket No. 58]. The Commission requests that the Court grant the relief sought in that joint letter by approving the consent Judgment filed with that letter and by dismissing the Commission's claims against Defendant BitFunder under Federal Rule of Civil Procedure 41(a)(2).

      Respectfully submitted,

      /s/ Dugan Bliss

      Dugan Bliss

cc: Jason Rodgers, counsel for Mr. Montroll (via ECF)