UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                        **Plaintiff,**<br><br>        -against-<br><br>JON E. MONTROLL and BITFUNDER,<br><br>                                        **Defendants.** | 18 Civ. 1582 (PGG) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
NOTICE OF DISMISSAL AS TO DEFENDANT BITFUNDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Securities and Exchange Commission (the "SEC"), hereby provides notice of its dismissal of its Complaint as to Defendant Bitfunder. This notice shall have no effect whatsoever on the final judgment entered against Defendant Jon E. Montroll on December 11, 2020.

Respectfully submitted,

/s/Dugan Bliss
Dugan Bliss
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-0971
BlissD@sec.gov

*Attorney for Plaintiff
Securities and Exchange Commission*

Dated: January 21, 2021